IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA

FRANK MORGAN

        Plaintiff,

v.

LOGAN COUNTY COMMISSION, A West
Virginia county government;
LOGAN COUNTY SHERIFF SONYA M.
DINGESS-PORTER, individually and in her
official capacity;
DEPUTY BARRY MYNES, individually and in
his official capacity;
DEPUTY JOEY SHEPARD, individually and in
his official capacity
DEPUTY NICK TUCKER, individually and in
his official capacity;
CITY OF LOGAN/CITY OF LOGAN POLICE
DEPARTMENT, West Virginia municipal
government/municipal governmental agency;
CITY OF LOGAN POLICE CHIEF P.D.
CLEMENS, individually and in his official
capacity;
OFFICER J.D. TINCHER, individually and in
his official capacity;
OFFICER KEVIN CONLEY, individually and in
his official capacity;
JOHN DOE OFFICERS/DEPUTIES,
individually and in their official capacities;

CIVIL ACTION NO.: 2:18-cv-01450
Honorable Thomas Johnston

        Defendants.

## DEFENDANTS' REPLY TO PLAINTIFF FRANK MORGAN'S RESPONSE TO DEFENDANTS DEPUTY JOEY SHEPARD AND DEPUTY NICK TUCKER'S MOTION TO DISMISS

Now come defendants, Deputy Joey Shepard and Deputy Nick Tucker, by and through their counsel, William E. Murray and the law firm of Anspach Meeks Ellenberger LLP, and in

reply to Plaintiff's Response to their Motion to Dismiss do state as follows:

## ARGUMENT

As set forth and explained in the Motion to Dismiss previously filed, Plaintiff's Complaint fails to set forth sufficient allegations regarding the conduct alleged against these defendants to sustain a finding of sufficiency of pleading. Plaintiff's counsel attempts to lump these officers in with various other defendants in general allegations of excessive force. Such allegations are insufficient to withstand a motion to dismiss.

As this very Court recognized in its very instructive Memorandum and Opinion and Order entered in the matter of *Kenneth Aliff v. West Virginia Regional Jail and Correctional Facility Authority, et al.*, Civil Action No. 2:15-cv-13513, it is necessary, in order to withstand a motion to dismiss, for a plaintiff to set forward sufficient factual allegations in his complaint to present a possible inference that a defendant engaged in conduct that is actionable under the federal constitution. As Defendants have set forth in their motion to dismiss, there are no factual allegations as to these specific defendants in Plaintiff's Complaint. General allegations of misconduct, as set forth in Plaintiff's Complaint are insufficient to allow this Court to infer that constitutional violations were committed by them.

While certain misconduct, such as uses of force, are alleged, there is nothing to indicate why such force was unjustified or otherwise not in compliance with the provisions of law Plaintiff alleges were violated. The Complaint fails to "give the defendant[s] fair notice of what the … claim[s against each defendant are] and the grounds upon which [they] rest[]." *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 545 (2007). The Complaint consistently refers to the defendants in a plural sense. It does not adequately set forth the acts of the individuals. As a result, as set forth in Defendants' Motion to Dismiss, the Complaint against them should be dismissed in this matter.

**Wherefore**, your defendants respectfully pray that this Court enter an order dismissing the complaint against them, and further pray for such other relief as this Court may deem fit and appropriate.

                        **DEPUTY JOEY SHEPARD AND DEPUTY NICK TUCKER**

                        **BY COUNSEL**

/s/ William E. Murray
William E. Murray (WVSB #2693)
ANSPACH MEEKS ELLENBERGER LLP
900 Lee Street East, Suite 1700
P. O. Box 11866
Charleston, West Virginia 25339
304-205-8063 - telephone
304-205-8062 – facsimile
wmurray@anspachlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA

**FRANK MORGAN**

          **Plaintiff,**

v.

**LOGAN COUNTY COMMISSION, A West Virginia county government;
LOGAN COUNTY SHERIFF SONYA M. DINGESS-PORTER, individually and in her official capacity;
DEPUTY BARRY MYNES, individually and in his official capacity;
DEPUTY JOEY SHEPARD, individually and in his official capacity
DEPUTY NICK TUCKER, individually and in his official capacity;
CITY OF LOGAN/CITY OF LOGAN POLICE DEPARTMENT, West Virginia municipal government/municipal governmental agency;
CITY OF LOGAN POLICE CHIEF P.D. CLEMENS, individually and in his official capacity;
OFFICER J.D. TINCHER, individually and in his official capacity;
OFFICER KEVIN CONLEY, individually and in his official capacity;
JOHN DOE OFFICERS/DEPUTIES, individually and in their official capacities;**

**CIVIL ACTION NO.: 2:18-cv-01450
Honorable Thomas Johnston**

          **Defendants.**

I HEREBY CERTIFY that on the 10th day of January, 2019, I electronically filed the **"DEFENDANTS' REPLY TO PLAINTIFF FRANK MORGAN'S RESPONSE TO DEFENDANTS DEPUTY JOEY SHEPARD AND DEPUTY NICK TUCKER'S MOTION**

**TO DISMISS"** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Abraham J. Saad
P. O. Box 1638
730 4th Avenue
Huntington, WV 25717

Kerry A. Nessel
519 ½ Eight Street
Huntington, WV 25701

Wendy E. Greve
901 Quarrier Street
Charleston, WV 25301

  /s/ William E. Murray
William E. Murray (WVSB #2693)
ANSPACH MEEKS ELLENBERGER LLP
900 Lee Street East, Suite 1700
P. O. Box 11866
Charleston, West Virginia 25339
304-205-8063 - telephone
304-205-8062 – facsimile
wmurray@anspachlaw.com