IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA

FRANK MORGAN

        **Plaintiff,**

v.

                                        CIVIL ACTION NO.: 2:18-cv-01450
                                        Honorable Thomas Johnston

**LOGAN COUNTY COMMISSION,** A West
Virginia county government;
**LOGAN COUNTY SHERIFF SONYA M.
DINGESS-PORTER,** individually and in her
official capacity;
**DEPUTY BARRY MYNES,** individually and in
his official capacity;
**DEPUTY JOEY SHEPARD,** individually and in
his official capacity
**DEPUTY NICK TUCKER,** individually and in
his official capacity;
**CITY OF LOGAN/CITY OF LOGAN POLICE
DEPARTMENT,** West Virginia municipal
government/municipal governmental agency;
**CITY OF LOGAN POLICE CHIEF P.D.
CLEMENS,** individually and in his official
capacity;
**OFFICER J.D. TINCHER,** individually and in
his official capacity;
**OFFICER KEVIN CONLEY,** individually and in
his official capacity;
**JOHN DOE OFFICERS/DEPUTIES,**
individually and in their official capacities;

        **Defendants.**

## STIPULATION OF DISMISSAL OF DEFENDANT DEPUTY JOEY SHEPARD

    NOW COMES Plaintiff, by and through his counsel, Kerry A. Nessel, pursuant to Federal

Civil Procedure Rule 41(a)(1)(A)(ii), and stipulates to the voluntary dismissal by him of Defendant

Deputy Joey Shepard as a defendant in this matter, with prejudice, to which all counsel have consented by virtue of their signatures affixed hereto.

Submitted by:

__/s/ Kerry A. Nessel_____
Kerry A. Nessel (WVSB #7916)
NESSEL LAW FIRM
519 8th Street
Huntington, WV  25701

Inspected and approved by:

/s/ William E. Murray_____
William E. Murray (WVSB #2693)
ANSPACH MEEKS ELLENBERGER LLP
900 Lee Street East, Suite 1700
Charleston, WV  25301

/s/ Abraham J. Saad_____
Abraham J. Saad (WVSB #10134)
SAAD DIXON LAW OFFICES PLLC
730 4th Avenue
Huntington, WV  25701

/s/ Wendy Greve_____
Wendy Greve (WVSB #6599)
PULLIN FOWLER FLANAGAN BROWN & POE PLLC
901 Quarrier Street
Charleston, WV  25301