IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA

**FRANK MORGAN**

               **Plaintiff,**

v.

**LOGAN COUNTY COMMISSION,** A West Virginia county government;
**LOGAN COUNTY SHERIFF SONYA M. DINGESS-PORTER,** individually and in her official capacity;
**DEPUTY BARRY MYNES,** individually and in his official capacity;
**DEPUTY JOEY SHEPARD,** individually and in his official capacity
**DEPUTY NICK TUCKER,** individually and in his official capacity;
**CITY OF LOGAN/CITY OF LOGAN POLICE DEPARTMENT,** West Virginia municipal government/municipal governmental agency;
**CITY OF LOGAN POLICE CHIEF P.D. CLEMENS,** individually and in his official capacity;
**OFFICER J.D. TINCHER,** individually and in his official capacity;
**OFFICER KEVIN CONLEY,** individually and in his official capacity;
**JOHN DOE OFFICERS/DEPUTIES,** individually and in their official capacities;

               **Defendants.**

**CIVIL ACTION NO.: 2:18-cv-01450**
**Honorable Thomas Johnston**

## STIPULATION OF DISMISSAL OF DEFENDANT DEPUTY NICK TUCKER

NOW COMES Plaintiff, by and through his counsel, Kerry A. Nessel, pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii), and stipulates to the voluntary dismissal by him of Defendant

Deputy Nick Tucker as a defendant in this matter, without prejudice, to which all counsel have consented by virtue of their signatures affixed hereto.

Submitted by:

/s/ Kerry A. Nessel
Kerry A. Nessel (WVSB #7916)
NESSEL LAW FIRM
519 8th Street
Huntington, WV 25701

Inspected and approved by:

/s/ William E. Murray
William E. Murray (WVSB #2693)
ANSPACH MEEKS ELLENBERGER LLP
900 Lee Street East, Suite 1700
Charleston, WV 25301


/s/ Abraham J. Saad
Abraham J. Saad (WVSB #10134)
SAAD DIXON LAW OFFICES PLLC
730 4th Avenue
Huntington, WV 25701


/s/ Wendy Greve
Wendy Greve (WVSB #6599)
PULLIN FOWLER FLANAGAN BROWN & POE PLLC
901 Quarrier Street
Charleston, WV 25301