IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANK MORGAN,

          Plaintiff,

v.                                  CIVIL ACTION NO.   2:18-cv-01450

LOGAN COUNTY COMMISSION,
*A West Virginia county government,* et al.,

          Defendants.

## ORDER

Before this Court is the Stipulation of Dismissal of Defendant Deputy Joey Shepard filed by the parties.  (ECF No. 38.)  All parties have stipulated that the claims pending against Defendant Joey Shepard will be dismissed with prejudice, and he will no longer be a party to this action.  (*Id.*)  Accordingly, Plaintiff Frank Morgan's claims against Defendant Joey Shepard are **DISMISSED WITH PREJUDICE**.   Defendant Joey Shepard is no longer a party to this action.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      July 9, 2019

                THOMAS E. JOHNSTON, CHIEF JUDGE