IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**FRANK MORGAN,**

    **Plaintiff,**

v.                                             **Civil Action No. 2:18-cv-01450**

**LOGAN COUNTY COMMISSION, a**
**West Virginia county government, et al.,**

    **Defendants.**

## ORDER

Pending before the Court is Defendants' Motion for Leave to Take the Deposition of Frank Morgan, an Incarcerated Individual (ECF No. 49).

It appears to the Court that Plaintiff, Frank Morgan, is an incarcerated person, and pursuant to the provisions of Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Defendants' Motion for Leave to Take the Deposition of Frank Morgan, an Incarcerated Individual (ECF No. 49) is **GRANTED**, and the Defendants are granted leave to take the deposition of Frank Morgan at the Southwestern Regional Jail and Correctional Facility located in Holden, West Virginia, where he is incarcerated.

The Clerk is directed to transmit this Order to counsel of record and to mail a copy to the Warden of the Southwestern Regional Jail and Correctional Facility, 1300 Gaston Caperton Drive, Holden, WV 25625, by regular mail.

Enter:  September 30, 2019

                                                    Dwane L. Tinsley
                                                    United States Magistrate Judge