IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANK MORGAN,

                Plaintiff,

v.                                    CIVIL ACTION NO.   2:18-cv-01450

LOGAN COUNTY COMMISSION,
*A West Virginia county government,* et al.,

                Defendants.

### ORDER

The Court will hold a telephonic status conference in the above-styled case on **June 30, 2020, at 10:00 a.m.**   The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:   June 29, 2020

THOMAS E. JOHNSTON, CHIEF JUDGE