## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

FRANK MORGAN,

                Plaintiff,

v.                                           CIVIL ACTION NO.  2:18-cv-01450

LOGAN COUNTY COMMISSION,
*A West Virginia county government,* et al.,

                Defendants.

### ORDER

The Court will hold a telephonic hearing in the above-styled case on **July 27, 2020, at 2:30 p.m.**  The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:       July 24, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE