# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:   7/27/2020                                              Case Number          2:18-cv-01450

Case Style              Morgan vs. Logan County Commission

Type of hearing         Telephonic Hearing

Before the honorable:   2515-Johnston

Court Reporter          Ayme Cochran                    Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Kerry Nessel,Abraham Saad

Attorney(s) for the Defendant(s)

Wendy Greve,William Murray

Law Clerk               Jaden Rhea

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|:---:|:---:|:---:|
| 2:30 PM | 3:15 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:45

## Courtroom Notes

Scheduled Start:  2:30 p.m.
Actual Start:  2:30 p.m.

Parties present telephonically.  Court addresses ECF No. 90.  Court GRANTS motion.  Court addresses  ECF No. 87.  Court DENIES motion.  Court addresses ECF No. 85.  Court DENIES motion.  Court addresses ECF No. 84 and 88.  Court GRANTS in part and DENIES in part the motions.  Court addresses ECF No. 86.  Court DENIES the motion.  Court addresses ECF 145, ECF. 83, and ECF 89.   Court GRANTS IN PART ECF 89.

Court recessed:  3:15 p.m.