# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date:   7/28/2020                                               Case Number   2:18-cv-01450

Case Style            Morgan vs. Logan County Commission
Type of hearing       Civil Jury Trial Day 1
Before the honorable: 2515-Johnston
Court Reporter        Ayme Cochran                  Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Kerry Nessel, Abraham Saad

Attorney(s) for the Defendant(s)

Wendy Greve, William Murray

Law Clerk             Jaden Rhea

Probation Officer     N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 10:47 AM | 11:52 AM | Court actively conducting trial proceedings/Contested proceedings |
| 12:54 PM | 2:53 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:10 PM | 5:08 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 05:02

## Courtroom Notes

Actual Start:  10:47 a.m.

Plaintiff present in person and by counsel.
Jury brought in.
Court reads preliminary jury instructions.

Mr. Saad makes opening statement on behalf of the Plaintiff.
Ms. Greve makes opening statement on behalf of the Defendant.
Mr. Murray makes opening statement on behalf of Defendant Mines.

Court recessed:  11:52 a.m.
Court reconvened:  12:54 p.m.

Plaintiff calls MARISSA HUDSON; oath given.
Direct by Mr. Nessel.
Cross by Ms. Greve.
Defendant's Exhibit 20 marked and admitted.
Defendant's Exhibit 8 marked and admitted.
Cross by Mr. Murray.

Re-direct by Mr. Nessel.

Plaintiff calls BARRY MYNES; oath given.
Direct by Mr. Saad.
Cross by Mr. Murray.

Plaintiff calls MATT STOVER, M.D.; oath given.
Direct by Mr. Saad.
Plaintiff's Exhibit 1 marked.
Cross by Ms. Greve.
Redirect by Mr. Saad.

Plaintiff calls JOSHUA J.D. TINCHER; oath given.
Direct by Mr. Nessel.

Court recessed:  2:53 p.m.
Court reconvened:  3:10 p.m.

Direct of Mr. Tincher by Mr. Nessel continues.
Plaintiff's Exhibit 2 marked.
Cross by Mr. Murray.
Cross by Ms. Greve.

Plaintiff calls FRANK MORGAN; oath given.
Direct by Mr. Nessel.
Plaintiff's Exhibit 3a marked and admitted.
Plaintiff's Exhibit 3b marked and admitted.
Plaintiff's Exhibit 3c marked and admitted.
Plaintiff's Exhibit 3d marked and admitted.
Plaintiff's Exhibit 3e marked and admitted.
Plaintiff's Exhibit 3g marked and admitted.
Plaintiff's Exhibit 3i marked and admitted.
Plaintiff's Exhibit 3j marked and admitted.
Plaintiff's Exhibit 3k marked and admitted.
Plaintiff's Exhibit 3l marked and admitted.
Plaintiff's Exhibit 3m marked and admitted.
Plaintiff's Exhibit 3o marked and admitted.
Plaintiff's Exhibit 3p marked and admitted.
Plaintiff's Exhibit 3q marked and admitted.
Plaintiff's Exhibit 3r marked and admitted.
Plaintiff's Exhibit 3s marked and admitted.
Plaintiff's Exhibit 3t marked and admitted.

Cross by Ms. Greve.
Defendant's Exhibit 9 marked and admitted.
Defendant's Exhibit 9(1) marked and admitted.
Defendant's Exhibit 9(3) marked and admitted.
Defendant's Exhibit 9(4) marked and admitted.
Defendant's Exhibit 9(5) marked and admitted.
Defendant's Exhibit 9(6) marked and admitted.
Defendant's Exhibit 9(7) marked and admitted.
Defendant's Exhibit 9(8) marked and admitted.
Defendant's Exhibit 9(9) marked and admitted.
Defendant's Exhibit 9(10) marked and admitted.
Defendant's Exhibit 9(11) marked and admitted.

Court recessed:  5:08 p.m.