# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 7/30/2020                                                                                   Case Number      2:18-cv-01450

Case Style              Morgan vs. Logan County Commission

Type of hearing         Civil Jury Trial Day 3

Before the honorable: 2515-Johnston

Court Reporter          Ayme Cochran                              Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Kerry Nessel, Abraham Saad

Attorney(s) for the Defendant(s)

Wendy Greve

Law Clerk               Jaden Rhea

Probation Officer       N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:08 AM | 10:34 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:56 AM | 11:59 AM | Court actively conducting trial proceedings/Contested proceedings |
| 12:55 PM | 2:29 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:36 PM | 3:18 PM | Court actively conducting trial proceedings/Contested proceedings |
| 5:39 PM | 5:40 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 04:46

## Courtroom Notes

Scheduled Start:  9:00 a.m.
Actual Start:  9:08 a.m.

Plaintiff present in person and by counsels.  Court reviews matters with parties.
Jury brought in.
Defendant calls CODY CRUM; oath given.
Direct by Ms. Greve.
Cross by Mr. Saad.
Redirect by Ms. Greve.
Recross by Mr. Saad.

Defendant calls SAMUEL D. FAULKNER; oath given.
Direct by Ms. Greve.
Defendant's Exhibit 25 marked and admitted.

Court recessed:  10:34 a.m.
Court reconvened:  10:56 a.m.

Cross of Mr. Faulkner by Mr. Nessel.
Redirect by Ms. Greve.
Defendant's Exhibit 26 marked and admitted.
Recross by Mr. Nessel.

Defendants' rest.

Court recessed:  11:59 a.m.
Court reconvened:  12:55 p.m.

Mr. Nessel makes closing argument on behalf of Plaintiff.
Ms. Greve makes closing argument on behalf of the Defendant.

Court recessed:  2:29 p.m.
Court reconvened:  2:36 p.m.

Court reads instructions.
Jury released to deliberate.
Court recessed:  3:18 p.m.
Court reconvened:  5:39 p.m.

Jury sends note of wish to return tomorrow for further deliberations.

Court recessed:  5:40 p.m.