# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 7/31/2020                                            Case Number   2:18-cv-01450

Case Style              Morgan vs. Logan County Commission

Type of hearing         Civil Jury Trial Day 4

Before the honorable:   2515-Johnston

Court Reporter          Ayme Cochran                    Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Kerry Nessel, Abraham Saad

Attorney(s) for the Defendant(s)

Wendy Greve

Law Clerk               Jaden Rhea

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:37 AM | 9:40 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:16 AM | 11:25 AM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 00:12

## Courtroom Notes

Scheduled Start:  9:00 a.m.
Actual Start:  9:37 a.m.

Jury has a question.

Court recessed:  9:40 a.m.
Court reconvened:  11:16 a.m.

Jury has reached a verdict.
Judge inspects verdict form and reads verdict in open court.

Court recessed:  11:25 a.m.