IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANK MORGAN,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:18-cv-01450

JOSHUA "J.D." TINCHER and
KEVIN CONLEY

    Defendants.

FILED JUL 3 1 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**VERDICT FORM**

Claims by Plaintiff Frank Morgan

Question 1. Do you find Defendant Joshua "J.D." Tincher liable to Plaintiff Frank Morgan for violation of his constitutional rights at City Hall on April 20, 2018, by the use of excessive force?

    _____ YES      __X__ NO

Question 2. Do you find Defendant Joshua "J.D." Tincher liable for battery against Plaintiff Frank Morgan at City Hall?

    _____ YES      __X__ NO

Question 3. Is either Defendant liable to Plaintiff Frank Morgan for battery during the course of the arrest at Stratton Street?

Joshua "J.D." Tincher    _____ YES    __X__ NO
Kevin Conley             _____ YES    __X__ NO

Question 4. Do you find Defendant Joshua "J.D." Tincher liable for assault at City Hall?

    _____ YES      __X__ NO

1

Question 5. Is either Defendant liable to Plaintiff Frank Morgan for assault during the course of the arrest at Stratton Street?

| | | |
|---|---|---|
| Joshua "J.D." Tincher | _____ YES | ___X___ NO |
| Kevin Conley | _____ YES | ___X___ NO |

Question 6. Is either Defendant liable to Plaintiff Frank Morgan for the tort of outrage/intentional infliction of emotion distress for his actions during the course of the arrest at Stratton Street?

| | | |
|---|---|---|
| Joshua "J.D." Tincher | _____ YES | ___X___ NO |
| Kevin Conley | _____ YES | ___X___ NO |

Question 7. Is either Defendant liable to Plaintiff Frank Morgan for the tort of outrage/intentional infliction of emotion distress for his actions at City Hall?

| | | |
|---|---|---|
| Joshua "J.D." Tincher | _____ YES | ___X___ NO |
| Kevin Conley | _____ YES | ___X___ NO |

Question 8. Is either Defendant liable to Plaintiff Frank Morgan for failure to render medical care?

| | | |
|---|---|---|
| Joshua "J.D." Tincher | _____ YES | ___X___ NO |
| Kevin Conley | _____ YES | ___X___ NO |

Question 9. If you found any Defendant liable under Questions 1 through 8, what amount of compensatory damages do you find that Plaintiff Frank Morgan is entitled to recover for pain and suffering?

$ __0__

Question 10.   If you found any Defendant liable under Questions 1 through 8, what amount of compensatory damages do you find that Plaintiff Frank Morgan is entitled to recover for mental anguish?

$ __0_____

Question 11.   As to any Defendant you have found liable under Questions 1 through 8, do you find that Plaintiff Frank Morgan is entitled to punitive damages from such Defendant or Defendants?

| | | | |
|---|---|---|---|
| Joshua "J.D." Tincher | _____ YES | __X__ | NO |
| Kevin Conley | _____ YES | __X__ | NO |

Question 12.   If you answered "Yes" for any Defendant in Question 11, what amount of punitive damages do you award?

$ __0_____

Claim by Counterclaimant Joshua "J.D." Tincher

Question 13. What amount of compensatory damages do you find that Counterclaimant Joshua "J.D." Tincher is entitled to recover from Frank Morgan for pain and suffering?

$ __0_____

Question 14.   What amount of compensatory damages do you find that Counterclaimant Joshua "J.D." Tincher is entitled to recover from Frank Morgan for mental anguish?

$ __0_____

Question 15.   Do you find that Counterclaimant Joshua "J.D." Tincher is entitled to punitive damages from Plaintiff Frank Morgan?

_____ YES      __X__ NO

3

Question 16. If you answered "Yes" in Question 15, what amount of punitive damages do you award?

$ 0

DATE: 7/31/20