```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON

_____x
                              :
FRANK MORGAN,                 :      Criminal Action
                              :
             Plaintiff,       :      No.  2:18-cv-01450
                              :
v.                            :
                              :      Date:  July 29, 2020
LOGAN COUNTY COMMISSION,      :
et al.,                       :
                              :
             Defendants.      :
_____x

       PARTIAL TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD
    BEFORE THE HONORABLE THOMAS E. JOHNSTON, CHIEF JUDGE
              UNITED STATES DISTRICT COURT
              IN CHARLESTON, WEST VIRGINIA

APPEARANCES:
For the Plaintiff:        KERRY A. NESSEL, ESQ.
                          The Nessel Law Firm
                          519-1/2 Eighth Street
                          Huntington, WV  25701

                          ABRAHAM J. SAAD, ESQ.
                          Saad Law Office
                          P. O. Box 1638
                          Huntington, WV  25717-1638

For the Defendants:       WILLIAM E. MURRAY, ESQ.
                          Anspach Meeks Ellenberger
                          Suite 1700
                          900 Lee Street East
                          Charleston, WV  25301

                          WENDY E. GREVE, ESQ.
                          Pullin Fowler Flanagan Brown &
                          Poe
                          901 Quarrier Street
                          Charleston, WV  25301

Court Reporter:           Ayme Cochran, RMR, CRR

Proceedings recorded by mechanical stenography;
transcript produced by computer.
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1    PARTIAL PROCEEDINGS had before The Honorable Thomas E.
2    Johnston, Chief Judge, United States District Court,
3    Southern District of West Virginia, in Charleston, West
4    Virginia, on July 29, 2020, as follows:
5       (Prior proceedings preceded the following excerpt)
6         MS. GREVE:  I just wanted to check on the timing
7    of when the Court wanted to address any issue with respect
8    to the lawsuit filed by Mr. Fortune.
9         THE COURT:  You know, again, I don't think that --
10   I'm not going to stop this trial for that issue.  You know,
11   this is going to end up being a discovery issue and I'll
12   address it, but I want briefing on it.
13       And so, Mr. Nessel can file a motion.  You can file a
14   response.  I'll decide.  But to me the key question is going
15   to be did you have an obligation to provide that information
16   and that's going to boil down to whether or not it was
17   requested or under the Federal Rules of Civil Procedure
18   whether you were obliged to provide the information under
19   Rule 26 anyway without a discovery request.  If you were,
20   you've got problems.  If you weren't, that's going to
21   resolve it.  I don't want to have to hash this out in open
22   court.  That's something we can do on paper rather easily, I
23   would think.
24       All right.  Anything else today?
25         MS. GREVE:  No, Your Honor.

```
1              MR. NESSEL:  No, sir.
2              THE COURT:  All right.  Have a good evening.
3    We'll see you ready to go at 9:00 sharp in the morning.
4              MR. NESSEL:  Yes, sir.
5         (Proceedings concluded at 5:00 p.m., July 29, 2020.)
6
7    CERTIFICATION:
8         I, Ayme A. Cochran, Official Court Reporter, certify
9    that the foregoing is a correct transcript from the record
10   of proceedings in the matter of Frank Morgan,
11   Plaintiff/Counterclaim Defendant v. Logan County Commission,
12   et al., Defendants/Counterclaim Plaintiffs, Civil Action No.
13   2:18-cv-01450, as reported on July 29, 2020.
14
15   s/Ayme A. Cochran, RMR, CRR                   March 30, 2022
16   Ayme A. Cochran, RMR, CRR                              DATE
17
18
19
20
21
22
23
24
25
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*